# In the United States Court of Federal Claims

No. 15-494T
(Filed: July 6, 2016)

|  |  |
|---|---|
| FLORENCE N. BAUR, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

The court is in receipt of plaintiff's motion (ECF No. 31), filed July 5, 2016, requesting the court dismiss the above-captioned case without prejudice. The government has stipulated to a dismissal with prejudice. Because following the June 2, 2016 status conference the court understands that Ms. Bauer no longer has a refund claim against the United States the above-captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge